### ARGO *et al.* *v.* FLAKE *et al.*

ATKINSON, J.  The principles of law announced in *Brown et al.* v. *Flake et al.* (decided this day) are controlling upon the questions made in the present case, and the court did not err in refusing to appoint a receiver.

*Judgment affirmed.    All the Justices concurring.*

Argued April 21, — Decided May 21, 1897.

Petition for receiver.    Before Judge Candler.    DeKalb county.    January 30, 1897.

This case arises upon the same facts as in that just preceding, except that the prayer is for receiver of the sums paid by the plaintiffs on account of the special levy in question, they claiming to have made such payment in ignorance of the want of authority in defendants to make the levy and collect the tax; and for final decree that said sums be refunded to plaintiffs.

*Harrison & Peeples*, for plaintiffs.
*Candler & Thomson* and *W. W. Braswell*, for defendants.